UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>WIRELESS DEPOT INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 19-cv-1914 JLS (MDD)<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH ORDER TO SHOW CAUSE** |

On May 5, 2021, the Court issued an Order ("Order," ECF No. 6) ordering Plaintiff Vern Robert Theroux Jr. to show cause why this action should not be dismissed for failure to prosecute. The Court noted that, although Plaintiff moved for entry of default against Defendant Wireless Depot Inc. on September 18, 2020, Plaintiff did not move for default judgment within thirty (30) days. Order at 2. The Court ordered Plaintiff to "show cause why this case should not be dismissed for failure to prosecute." *Id.* (emphasis omitted). The Court warned that failure to comply with the Order within thirty (30) days will result in dismissal of this action without prejudice. *Id.* Although more than thirty days have elapsed since the electronic docketing of the Order, Plaintiff has failed to comply with the Order. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for

failure to prosecute and failure to comply with the Order.  The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: June 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge